**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_Pensacola_ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
**TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS**
**UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983**


_Gaye Lynn Dilek Brewer_

_____.

(Enter full name of Plaintiff(s))


vs.

CASE NO: _3:15 cv 469 - mck/CJK_
(To be assigned by Clerk)

_Pensacola Police Department_
_etal_ _____,

_____,

_____,

_____.

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)


## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

**I.     PLAINTIFF:**

State your <u>full name</u> and full mailing address in the lines below.

Name of Plaintiff:        _____

Mailing address:    _____

                              _____

                              _____

**II.    DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for **every** Defendant:

(1)    Defendant's name:    _____

        Official position:         _____

        Employed at:              _____

        Mailing address:         _____

                                         _____

(2)    Defendant's name:    _____

        Official position:         _____

        Employed at:              _____

        Mailing address:         _____

                                         _____

(3)    Defendant's name:    _____

        Official position:         _____

        Employed at:              _____

        Mailing address:         _____

                                         _____

(4)    Defendant's name:    _____

        Official position:         _____

        Employed at:              _____

        Mailing address:         _____

                                         _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

## III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

I emailed Police Chief Simmons the first time in 2015 on January 2, 2015 about my illegal apprehension in Tulsa, & the frightening level of corruption and fraud. I have included 6 sample letters of 25 approx, including one where I believe to have been droned so bad, I felt a vessel in my eye pop and the sensation my teeth were electrocuted, I've studied the drone program ran by CIA director Brennan, I've read he is the architect. I also believe they may be sending fraudulent checks, of which I have a copy of the last one, I was tempted to cash after coming out of jail, I had two more based on my Red Cross Status from the Methodist Church in Alabama. I emailed Chip Simmons Police Chief about the fake checks on May 20, 2015. Police Chief Simmons also knew my father was in the US NAVY, and his friend Roger Leach had a son in law that was a commander. I asked him for extra protection due to all my gross, unbelievable civil rights issues. Instead when I was framed a Cobb Recreation by a employee for no reason, I was arrested because of this extremist movement, a government that will not prosecute crooks, suing in federal court is my next option. Sgt Gomez, Sgt Burns shovel up at Cobbs to trespass me

3

and they let me go, although they went to
a side street. I was told by the man that worked
their to move my car and asked if he could and
he said no, so I asked another woman. She
said no. Sgt. Gomez left. I noticed Sgt Burns
drive around the block serval times. After I
thought he was completely gone, I relunctently
got in my car and left, because the state illegally
took my license and I have other cases and witress
statements. The police and sheriffs have been
framing me with illegal improper lighting tickets,
and they use illegal programs on film that
is used for special effects in Hollywood. I am
being illegally detained in a death trap, with
the most crooked cops, and Judges, worse than
domestic Violence in it is a conspiracy web of
criminals in Government that has to be studied
and prosecuted. When Sgt Burns arrested me he
did not ask for my I.D. or write a ticket, he
only handcuffed me and took me to the precinct.
I was put in his car and Sgt Gomez pulled up
and they were told "do not tow this car," and I was
left in their with the windows not rolled down
for at least five minutes with the engine running.
There were two witresses that I would like subpeonaed

I was beating on the windows asking them to (3) please roll the windows down that I could not breath in the car. They balled and then finally came to my rescue. They were inresponsible and cruel in taking so long to come to my aid in a scarry, intentional way, I was also taken to the police station, when I could have been written a ticket, I was chained to a bench. I asked to write a report to the Assitent Police Chief Lyster, they would not let me write a complaint. Officer Holmes, acted like he would and then refused. An unidentified blond female Onide " Its a beautiful day in the neighborhood like a Nazi. I have a back injury and my legs and ankles and feet often hurt and need to drive. This government believes in cheating against my race. I never had problems and was the most successful artist of NY Academy of Art and Columbia University. This country is trying to Hide how bad this is. I was illegally put in jail for over 45 days with horrible conditions.

abuse of authority, on false evidence, and
police brutality, knowingly with
witness tampering, suppressing

**IV. STATEMENT OF CLAIMS:** evidence, negligence, denying help.

State what rights under the Constitution, laws, or treaties of the United States you claim have
been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. If the
claims are not related to the same basic incident or issue, they must be addressed in a separate 14th Amendment
civil rights complaint. Denial of Equal Protection of property due process
Fith and Kith Amendment - deprivation of property due process

Title 42 US Code § 1983 Every person who under color of any

statute, ordinance, regulation, custom or usage of any state

or territory subjects or causes to be subjected any citizens

of the US or other person within the jurisdiction thereof

to the deprivation of any rights or privileges or immunities

secured by the Constitution E laws shall be liable to

the party injured in any action at law, suit in equity

or other proper proceeding for redress — red help/told to move

Illegal incarceration with bodily injury / denied with Cruel Comments

Police woman and sgt Meeds - Harassed me with torture, defeunation of

All-tort laws for - Mental Arguish / torture, defeunation of

**V. RELIEF REQUESTED** citizenship, false portrayal as a US citizen

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

Prayer for relief - find who altered my citizenship

In the Arrest Report # 212376, Denied my true

Identity as a American US Navy history thru defamation

Negligent in misconduct, cruel Statements / Stalking later

Punitive action by the Judge to stop Conspiracy

against my nationality, I never heard back from my emails to the Chief

monetary relief - One million dollars maximum

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT,
INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

Oct 21 2015
(Date)

Gaedynn DileBruve
(Signature of Plaintiff)

Revised 07/02

4

**Subject:** continued report

**From:** Gaye Brewer (brewergaye@yahoo.com)

**To:** CSimmons@cityofpensacola.com;

**Date:** Friday, January 2, 2015 2:55 PM


Dear Police Chief Simmons,

I have family that are withholding evidence I need to report to Milton on the headlight situation and the fact that I believe the ticket the drivers liscence away from me for was a headlight. I also have another illegal ticket thru the Tulsa sherrifs office with Schwatzenberg pulling me over for my brights being on. When I got back in my car my lights went from dull to bright. I have serious civil rights issues with police.

Scapin in Gulf Breeze also wrote me a false ticket. My car broke down and I had to go home to trade cars.


Thank you,


Gaye Brewer

| **Subject:** | [No Subject] |
|---|---|
| **From:** | Gaye Brewer (brewergaye@yahoo.com) |
| **To:** | CSimmons@cityofpensacola.com; |
| **Date:** | Monday, January 26, 2015 5:34 PM |

Dear Police Chief Simmons,

As you can see from the letter from Peggy Marsh I was never suppose to have been arrested.  I am supposed to sue this country and lawyers like McKenzie,Dvartak and Odom and Barlow will not allow it .  In Oklahoma there is a lebel of anit Semitism that they and police will do anything.  The only other person ive met that has a similar situation is Eva Barsoum and she was a successful attorney.  I was successful to and they tried to commit charachterassasination. I was disappointed that Florida is the same way.  If you see my facebook account you will see it was like Mississippi burning.  I am applying for a position a the UWf and these people know my situation.  The barameter in this country is stench.  I believe  a navy family wouldn't even be resepected they have their egos out of control.

Thank you,

Gaye Brewer

---

**Attachments**

- Attachments_2015126 (1).zip (1.06MB)
- Attachments_2015126 (2).zip (2.40MB)

*Includes Peggy Marsh letter with facebook image of Red Cross letter w/ fire Peggy Marsh Statemen with military photos*

(5966 unread) - brewergaye - Yahoo Mail

https://us-mg6.mail.yahoo.com/neo/launch?.rand=deuqorrgnrfi0#5737931497

Home    Mail    Search    News    Sports    Finance    Weather    Games    Answers    Screen    Flickr    Mobile    More ∨        Home    Gaye

Q All ∨    Search

✎ Compose

Inbox (5966)
Drafts (213)
Sent
Spam (549)
Trash (517)
> Smart Views
  Important
  Unread
  Starred
People
Social
Travel
Shopping
Finance
> Folders
  gayes resume
  Resume
> Recent

My Games

Recommended Games

More Games ⚄

[No Subject]

Gaye Brewer <brewergaye@yahoo.com>
To Chip Simmons

People

May 20 at 11:43 AM

My emails to the Da are hacked into and are removed from my account. I seriously needed them for my legal battles over all of those fake headlight tickets. I would also like you to contact that Irish deputy in Santa rosa about the fake checks they are sent by fedex sends and he knows someone is trying to entrap me and so Pastor Renee. I believe it could be own government placing fake documents in the system.

thank you,

Gaye Brewer

← Reply    ⟨⟨ Reply to All    → Forward    ••• More

Click to Reply, Reply All or Forward

Send    ⊘  ✐  Tt  B  I  A  ⋮⋮⋮  •Ξ  ⁝Ξ  ⎯Ξ  ⚲  ☺  ≪



THE NEW
APARTMENTS.COM

Apartments.com

10/23/2015 1:25 PM

1 of 1



https://us-mg6.mail.yahoo.com/neo/launch?.rand=3eugorrgnrfi0#7339461142

(5966 unread) - brewergaye - Yahoo Mail

Home   Mail   Search   News   Sports   Finance   Weather   Games   Answers   Screen   Flickr   Mobile   More ⌄

Home   Gaye

Q All ⌄   Search

∠ Compose

Inbox (5966)
Drafts (213)
Sent
Spam (549)
Trash (517)

∨ Smart Views
Important
Unread
Starred
People
Social
Travel
Shopping
Finance
∨ Folders
gayes resume
Resume
› Recent

My Games

Recommended Games

More Games »

Delete   Move ⌄   ••• More ⌄

Re: scans                                                        People

Gaye Brewer <brewergaye@yahoo.com>              Jun 10 at 6:03 PM
To Chip Simmons

Dear Police Chief Simmons,

Can you please send this info to Police chief Randle in Gulf Breeze and both of you phone my father John Paul Brewer and see if you can have him look for the warning. Please note the ticket is not signed which shows fatal errors according to Florida rules of traffic citation. Also the wrong color car is written in , like it was redone in a hurry. I went to the inspection the next day and two men were standing out in the yard. I believe one was Mr. Randle. I expected him to convey the repaired lights to Sgt Neff who wrote the 24 hour inspection. I was there to do it before noon. Deputy Meeks wrote me a ticket thanksgiving nite that is also problematic and was written on a 7 lane street with dividers. I believe I had one headlight out and I didn't really have my brights on afterall. Judge Kinsey lied about me not making my court date when I walked in she threw down the gavel and said guilty . They are not showing the videos in court or emailing them like they did for me in Gulf Breeze one time.  Jakes telephone # is 918 4345495.

thank you,

Gaye Brewer

› Show original message

↩ Reply   ↩ Reply to All   ↪ Forward   ••• More

Click to Reply, Reply All or Forward

**Subject:**   [No Subject]

**From:**   Gaye Brewer (brewergaye@yahoo.com)

**To:**   csimmons@cityofpensacola.com;

**Date:**   Saturday, June 13, 2015 2:35 PM


I experience droning to day before I went into everymans at noon.  It was so strong I felt something like a blood vessel in my eye pop.
 I wrote a letter to Roger Leach who was stationed with my father in Sakata.
His son in law just retire from being base commander and my father was invited to the party.  I sent them a letter I was being droned  , also in Tulsa and Dallas.

Don't tell me this doesn't happen when they spent 650 billion dollars on this and didn't even create jobs.  I was framed and framed over and over again until they created a false profile of me.
I have been working on developing a webpage and my photos will not ever download.
I am afraid they may kill my father or associates just to cheat and steal.
Please report hacking on my account.

Gaye Brewer

# Deposit Slip Detail

Print

Deposit Date      09/22/2015
Deposit Amount      $10.00

| Item # | Account # | Check # | Amount |
|--------|-----------|---------|--------|
| 1 | XXXXXX0891 | 229810 | $10.00 |

( 3 )

IPO Securities Litigation Settlement Fund
c/o The Garden City Group, Inc.
P.O. Box 9352
Dublin, OH 43017-4252

Signature Bank     1-1357/260
Garden City, NY 11530

PAYMENT NUMBER:    00229810
PAYMENT DATE:    08/07/15

*Ten and 00/100 Dollars*

********$10.00

PAY
TO
THE
ORDER
OF

GAYE BREWER
1614 N T ST
PENSACOLA, FL 32505-6462

CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION
TO CHARITY 14 DAYS AFTER ISSUE DATE.

BY _____
AUTHORIZED SIGNATURE

⑆229810⑆ ⑈026013576⑈ 150117089⑈

3230405753

## IV.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

---

---

---

---

---

---

---

---

---

---

## V.    RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

---

---

---

---

---

---

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

October 23, 2015
         (Date)

GayeLynn Di'lek Brewer
         (Signature of Plaintiff)

Revised 07/02

4