UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GAYE LYNN DILEK BREWER,**

    **Plaintiff,**

                                      Case No.  3:15cv469/MCR/CJK

**PENSACOLA POLICE DEPARTMENT,**

    **Defendant.**

    _____/

## O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 13, 2015.  (ECF No. 9).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of December, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**